RAYMOND L. KELLY, PETITIONER-RESPONDENT, v. MICHAEL DEMPSEY, TRADING AS DEMPSEY'S TAVERN, DEFENDANT-APPELLANT.

Argued September 21, 1953—Decided September 28, 1953.

*Mr. Arthur F. Mead* argued the cause for the appellant (*Messrs. Cox & Walburg*, attorneys).

*Mr. William T. Wichmann* argued the cause for the respondent (*Messrs. Wise & Wise*, attorneys).

PER CURIAM. The judgment appealed from is affirmed for the reasons expressed in the opinion of Judge Francis in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.